■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN BACHER, Appellant. [867 NYS2d 703]

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Miller, Dickerson and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN BARRETT, Appellant. [869 NYS2d 844]

No opinion. Rivera, J.P., Dillon, McCarthy and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAIAS BERMUDEZ, Appellant. [867 NYS2d 701]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Spolzino, J.P., Ritter, Miller and Dillon, JJ., concur.